IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. |
| | : | 1:10-CR-0519-AT-AJB-7 |
| WILLIE WILSON | : | |

AMENDED ORDER

It has come to the Court's attention that the Marshals Service issued a notice in this matter on November 29, 2012, directing the Defendant to voluntarily surrender and report to begin service of his federal sentence on December 17, 2012, at the Federal Prison Camp in Atlanta, Georgia. This directive was not consistent with the intent of the Court's Judgment [Doc. 210] entered by this Court, which provided that "The defendant shall voluntarily surrender at a time subsequent to determining when he has completed the course credits for his current program of education." The Court anticipated that the Marshals Service would communicate with the Defendant or his counsel prior to setting the report date so as to schedule the report date to follow the anticipated completion date of Plaintiff's degree credits, projected to be sometime in January or February 2013. Apparently, this has not occurred.

Accordingly, the Court hereby **ORDERS**:

(1) Defendant's report date shall be extended beyond the date of December 17, 2012;

(2) Defendant's counsel shall give the Marshal's Service a firm date by which Defendant will have completed his degree credits and be prepared to report to serve his sentence.

(3) If the date referenced in paragraph (2) above is beyond March 1, 2013, Defendant must notify the Court and a further hearing will be scheduled on this matter.

**SO ORDERED** this 19th day of December, 2012.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE